UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALEXIS GRUYAIR,

                    Plaintiff,

    -v-

CORRECTION OFFICER COOK, et al.,

                    Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

07 Civ. 7261 (GEL) (JCF)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has carefully reviewed the thorough and well-reasoned Report and Recommendation ("R&R") of United States Magistrate Judge James C. Francis, dated March 6, 2008, and has received no objections from any party.

      Accordingly, it is hereby ORDERED that the R&R is adopted as the opinion of the Court and, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the complaint is dismissed without prejudice.

SO ORDERED.

Dated: New York, New York
       April 1, 2008

                                              GERARD E. LYNCH
                                          United States District Judge